# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA E. WENGERT, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTER FOR VEIN RESTORATION (MD), LLC,<br><br>　　　　Defendant. | Case No. 1:24-cv-03717 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Maria E. Wengert hereby dismisses without prejudice this action against Defendant Center for Vein Restoration (MD), LLC.

Dated: January 2, 2025　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ James P. Ulwick*
　　　　　　　　　　　　　　　　　　　　　　James P. Ulwick (Federal Bar No. 00536)
　　　　　　　　　　　　　　　　　　　　　　KRAMON & GRAHAM, P.A.
　　　　　　　　　　　　　　　　　　　　　　750 East Pratt Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　　　　Telephone: (410) 752-6030
　　　　　　　　　　　　　　　　　　　　　　julwick@kg-law.com

　　　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I, James P. Ulwick, certify that the foregoing *Notice of Voluntary Dismissal* was filed on this 2nd day of January, 2025, via the Court's CM/ECF system, providing notification to all parties of record.

                                         */s/ James P. Ulwick*
                                         James P. Ulwick

4910-9206-4524, v. 1